UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                v.

TYRELL McDUFFIE,

                Defendant.

**DECISION AND ORDER**

20-CR-82-A

      This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On April 7, 2021, defendant Tyrell McDuffie appeared before Magistrate Judge McCarthy and entered a plea of guilty to Count 1 of the Indictment which charges him with conspiracy to possess with intent to distribute, and to distribute, 28 grams or more of a mixture and substance containing cocaine base in violation of 21 U.S.C. § 846.

      Magistrate Judge McCarthy issued a Report and Recommendation (Dkt. No. 55) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  It is hereby

      **ORDERED** that, upon review of the transcript of the April 7, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Tyrell McDuffie's plea of guilty was knowing, voluntary, and has a factual basis.  Accordingly, defendant McDuffie's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.  Dkt. No. 55.  Sentencing is scheduled for August 9, 2021 at 12:30

pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

                                            *s/Richard J. Arcara*

                                    HONORABLE RICHARD J. ARCARA
                                    UNITED STATES DISTRICT COURT

Dated: May 3, 2021